DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LEE TOUA XIONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cr-00152 LJO |
| Plaintiff, | STIPULATION TO ADVANCE SENTENCING HEARING; ORDER |
| v. | Date:  August 19, 2011 |
| LEE TOUA XIONG, | Time:  9:00 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for September 2, 2011, **may be advanced to August 19, 2011, at 9:00 a.m.**

The parties request that the sentencing hearing be advance because there are no outstanding sentencing disputes and because both the government and the Defendant agree that the sentence recommended in the PSR is sufficient and reasonable.

///
///
///
///
///
///

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: August 9, 2011                   /s/ Henry Z. Carbajal, III
                                        HENRY Z. CARBAJAL, III
                                        Assistant United States Attorney
                                        Attorney for Plaintiff



                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED: August 9, 2011                   /s/ Jeremy S. Kroger
                                        JEREMY S. KROGER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Lee Toua Xiong
```

**ORDER**

IT IS SO ORDERED.

**Dated:   August 9, 2011**             /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE